Jan L. Kahn - #55788
Josh T. Fox - #282072
**KAHN, SOARES & CONWAY, LLP**
219 North Douty Street
Hanford, CA 93230
Phone: (559) 584-3337
Fax: (559) 584-3348
jfox@kschanford.com; jkahn@kschanford.com

Attorneys for Plaintiff, DOLPHIN SHIPPING
AND TRADING, INC.

Bart M. Botta - #167051
June Monroe - #284763
**RYNN & JANKOWSKY, LLP**
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Phone: (949) 752-2911
Fax: (949) 752-0953
bart@rjlaw.com; june@rjlaw.com

Attorneys for Defendant, SUNLIGHT
INTERNATIONAL SALES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DOLPHIN SHIPPING AND TRADING, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNLIGHT INTERNATIONAL SALES, INC., a California corporation,<br><br>Defendant. | Case No. 1:17-cv-01417-LJO-JLT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>(Doc. 8) |

Plaintiff, Dolphin Shipping and Trading, Inc. (hereinafter "Plaintiff"), and Defendant, Sunlight International Sales, Inc. (hereinafter "Defendant"), by and through their attorneys of record in this matter, hereby stipulate and agree that:

WHEREAS, Plaintiff and Defendant are, in addition to the above-captioned matter, engaged in a separate dispute presently pending before the USDA's Agricultural Marketing Service (hereinafter "AMS proceeding");

**1**
**STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**

WHEREAS, the parties, pursuant to the Order Setting Mandatory Scheduling Conference issued in this matter, have commenced constructive discussion concerning global resolution of both the above-captioned matter and the AMS proceeding;

WHEREAS, the parties wish to concentrate their efforts and resources upon further settlement discussion prior to trial setting and commencement of discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the Mandatory Scheduling Conference scheduled for January 18, 2018 be continued to **March 15, 2018, at 9:00am** at the United States Courthouse, 510 19th Street, Bakersfield, CA 93301.

KAHN, SOARES & CONWAY, LLP

Date: January 9, 2018    By   /s/ *Josh T. Fox*
                                Jan L. Kahn, Esq.,
                                Josh T. Fox, Esq.
                                Attorneys for Plaintiff

RYNN & JANKOWSKY, LLP

Date: January 9, 2018    By   /s/ *Bart M. Botta, Esq.* (as authorized on 1/9/2018)
                                Bart M. Botta, Esq.,
                                June Monroe, Esq.
                                Attorneys for Defendant

## **ORDER**

Based upon the parties' stipulation, the Court orders the scheduling conference is continued to **March 15, 2018, at 9:00 am** at the United States Courthouse, 510 19th Street, Bakersfield, CA 93301.

IT IS SO ORDERED.

   Dated:  **January 9, 2018**           **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE