# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLPHIN SHIPPING AND TRADING INC., ) | Case No.: 1:17-cv-01417-LJO-JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| ) | |
| v. ) | (Doc. 17) |
| ) | |
| SUNLIGHT INTERNATIONAL SALES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 30, 2018, the parties notified the Court that they "entered into a settlement agreement which will resolve the matters at issue in the above-referenced action." (Doc. 17 at 1) In addition, the parties report the terms of the agreement "will take up to fifty (50) days to perform." (*Id.*) Accordingly, the Court **ORDERS**:

1. The Stipulation of Dismissal **SHALL** be filed no later than **September 28, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 2, 2018**              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE