# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLPHIN SHIPPING AND TRADING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNLIGHT INTERNATIONAL SALES, INC. <br><br> Defendant. | Case No.: 1:17-cv-1417-LJO- JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION <br><br> (Doc. 19) |

Dolphin Shipping and Trading, Inc. and Sunlight International Sales, Inc. stipulated to dismiss this action with prejudice. (Doc. 19) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 27, 2018**                  **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE